# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2738 (FLW) (LHG) CHIEF JUDGE FREDA L. WOLFSON MAG. JUDGE LOIS H. GOODMAN** |
| This document relates to: All Cases Listed on Exhibits A and B | **OMNIBUS CONSENT ORDER OF DISMISSAL OF DUPLICATE FILED CASES WITH PREJUDICE** |

Plaintiffs identified on Exhibits A and B, attached hereto, filed multiple actions in this MDL litigation. Accordingly, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and with the consent of all parties, IT IS HEREBY STIPULATED AND ORDERED that Plaintiffs' claims against Defendants are dismissed only in the "Duplicate Actions" identified in Exhibit A, with prejudice as duplicate filings. This Order shall not affect the other civil actions filed by Plaintiffs and identified as the "Remaining Actions" in Exhibit B, and the dismissals are not adjudications on the merits. All parties shall bear their own costs.

This \_\_17th\_\_ day of \_\_February\_\_ 2021.

\_\_\_/s/ Freda L. Wolfson_____
Hon. Freda L. Wolfson, U.S.C.D.J.

# EXHIBIT A

| DUPLICATE ACTIONS – TO BE DISMISSED | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Ballard, Diana | 3:20-cv-113952 | Beasley Allen Crow Methvin Portis & Miles PC |
| Barnes, Denise | 3:17-cv-09190 | Onder Shelton O'Leary & Peterson |
| Beaulieu, Sandra | 3:20-cv-05722 | Law Offices of Jeffrey S. Glassman, LLC |
| Berkey, Deborah and Jerry Berkey | 3:19-cv-12772 | The Deaton Law Firm |
| Bischoff, Elizabeth | 3:20-cv-09640 | Lenze Moss PLC |
| Bolstad, Deborah | 3:20-cv-11065 | The Gori Law Firm PC |
| Holdcraft, Carmelita, individually and as Representative of the Estate of Camille Browne, deceased | 3:17-cv-10936 | Onder Law, LLC |
| Busbin, Lydia | 3:17-cv-08037 | Ashcraft & Gerel |
| Cain, Christy | 3:18-cv-17704 | Onder Shelton O'Leary & Peterson |
| Carson, Carolyn | 3:17-cv-13805 | Onder Shelton O'Leary & Peterson |
| Hall, Michael, Individually and as Personal Representative of the Estate of Marilyn Cathcart | 3:19-cv-00419 | Onder Shelton O'Leary & Peterson |
| Cooper, Amanda | 3:20-cv-00357 | Onder Shelton O'Leary & Peterson |
| Cordova, Lucy | 3:20-cv-07490 | Beasley Allen Cow Methvin Portis & Miles PC |
| Dale, Diana | 3:20-cv-06634 | Arnold & Itkin, LLP |
| Denning, Ronald Individually and on Behalf of the Estate of Oliva Denning | 3:20-cv-10510 | Fears and Nachawati Law Firm |
| Denwiddie, Monica | 3:20-cv-01266 | Parker Waichman |
| Diaz, Esperanza | 3:19-cv-13436 | Kiesel Law LLP |
| Drayton, Rebecca | 3:17-cv-11159 | Lundy, Lundy Soileau & South LLP |
| Edgin, Diane Helen | 3:19-cv-12595 | Justinian & Associates PLLC |
| Ewing, Marisa C. | 3:20-cv-08335 | Jason J. Joy & Associates PLLC |

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Flake, Teresa | 3:19-cv-08732 | Onder Shelton O'Leary & Peterson |
| Johnson, Beverly | 3:18-cv-08131 | Dalimonte Rueb LLP / Goldenberg Law PLLC |
| Johnson, Catherine M. and Walter Johnson | 3:20-cv-04396 | Dalimonte Rueb LLP |
| Wallace, Lori, Individually and on Behalf of the Estate of Patricia Johnson, deceased | 3:20-cv-08240 | Trammell PC |
| Kelly, Graciela | 3:18-cv-16808 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Kelly, Graciela | 3:20-cv-13950 | Morelli Law Firm |
| Kelly, Graciela | 3:20-cv-01198 | Potts Law Firm |
| Kingston, Kathy | 3:19-cv-14613 | Trammell PC |
| The Estate of Mary Kraszczak by and through Victoria Kraszczak | 3:20-cv-10021 | Davis and Bethune |
| Littleton, Debra S. | 3:20-cv-02020 | Dalimonte Rueb LLP |
| Marlow, Audry | 3:17-cv-11189 | Onder Shelton O'Leary & Peterson |
| Marks, Mary | 3:20-cv-04978 | Trammell PC |
| Mazarese, Maria | 3:20-cv-03694 | Johnson Law Group |
| McKoy, Noel, Personal Representative of the Estate of Moya M. McKoy, deceased | 3:17-cv-11982 | Morgan & Morgan, P.C. |
| McKoy, Noel, Sr. , Individually and as Representative of the Estate of Moya McKoy, deceased | 3:17-cv-12089 | Onder, Shelton, O'Leary & Peterson, LLC |
| Mihatsch, Janice | 3:20-cv-01716 | Francolaw, PLLC |
| Motes, Alisha | 3:18-cv-12802 | Onder Shelton O'Leary & Peterson |
| Nelson, Christy | 3:17-cv-13649 | The Dugan Law Firm |
| Nixon, Vickie | 3:20-cv-00521 | Driscoll Firm, P.C. |
| Oliver, Alice Louise | 3:17-cv-07867 | Lundy Lundy Soileau & South LLP |
| Russell Lee Ehrnsberger, Individually and for the | 3:20-cv-06809 | Lenze Moss PLC |

| **DUPLICATE ACTIONS – TO BE DISMISSED** | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Estate of Silvia lee Pafundi, deceased | | |
| Parsley, Mary | 3:20-cv-02534 | Williams Kherkher Hart Boundas LLP |
| Reed, Barbara L. | 3:20-cv-03825 | Beasley Allen Crow Methvin Portis & Miles PC |
| Reynolds, Dawn | 3:20-cv-01580 | Onder Shelton O'Leary & Peterson |
| Riggs, Kristina | 3:20-cv-00540 | Onder Shelton O'Leary & Peterson |
| Rubago, Rosanna | 3:19-cv-00012 | Onder Shelton O'Leary & Peterson |
| Saunders, Kathryn | 3:20-cv-09683 | Napoli Shkolnik, PLLC |
| Steinbarth, Brenda | 3:20-cv-02465 | Onder Shelton O'Leary & Peterson |
| Gurley, Capri, Individually and as Personal Representative of the Estate of Lynora Summons-Kendale, deceased | 3:19-cv-0072 | Onder Shelton O'Leary & Peterson |
| Smith, Pamela | 3:20-cv-11108 | Trammell PC |
| Sosa, Maria | 3:19-cv-12798 | The Deaton Law Firm |
| Thora, Stacy | 3:20-cv-01033 | Onder Shelton O'Leary & Peterson |
| Tucker, Mary | 3:19-cv-19764 | Onder Shelton O'Leary & Peterson |
| Watkins, Pamela | 3:19-cv-19888 | Onder Shelton O'Leary & Peterson |
| West, Patricia | 3:20-cv-05444 | Williams Kherkher Hart Boundas LLP |
| Williams, Reba | 3:20-cv-11488 | Beasley Allen Crow Methvin Portis & Miles PC |
| Fabius, Jacqueline, Individually and as the Representative of the Estate of Margaret Wright, deceased | 3:18-cv-15289 | Sanders Viener Grosman LLP |
| Young, Ruth | 3:20-cv-02146 | Onder Shelton O'Leary & Peterson |
| Zingone, Joann | 3:20-cv-08703 | Holland Groves Schneller & Stolze LLC |

# EXHIBIT B

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Ballard, Diana | 3:17-cv-09873 | Onder Shelton O'Leary & Peterson |
| The Estate of Denise Barnes by and Through Brandi Hernandez | 3:19-cv-20004 | Onder Shelton O'Leary & Peterson |
| Beaulieu, Sandra | 3:20-cv-06929 | Law Offices of Jreffrey S. Glassman, LLC |
| Berkey, Deborah Jean | 3:18-cv-17639 | Motley Rice |
| Bischoff, Elizabeth | 3:20-cv-08407 | Trammell PC |
| Bolstad, Deborah | 3:20-cv-05667 | Reich and Beinstock LLP |
| Holdcroft, Carmelita, as Personal Representative of the Estate of Camille Browne | 3:19-cv-05565 | Napoli Shkolnik, PLLC |
| Busbin, Lydia by and Through Angel Marie Jury | 3:19-cv-18149 | Ashcraft & Gerel |
| Cain, Christy | 3:17-cv-09283 | Beasley Allen Crow Methvin Portis & Miles PC |
| Carson, Cameo on behalf of Carolyn Carson | 3:19-cv-09271 | Burns Charest LLP |
| Sparks, Latasha, Individually and as Independent Executor of the Estate of Marilyn Cathcart | 3:18-cv-08357 | Beasley Allen Cow Methvin Portis & Miles PC |
| Cooper, Amanda | 3:19-cv-21778 | Trammell PC |
| Cordova, Lucy | 3:17-cv-13641 | The Dugan Law Firm |
| Dale, Diana | 3:20-cv-02434 | Holland Groves Schneller & Stolze LLC |
| Denning, Ronald, as Administrator of the Estate of Olivia Denning | 3:17-cv-10958 | Ashcraft & Gerel |
| Denwiddie, Monica, et al. | 3:20-cv-01275 | The Simona Law Firm; Williams Kherkher Hart Boundas LLP |
| Sanchez, Alejandro, Executor of the Estate of Esperanza Diaz, deceased | 3:18-cv-16316 | The Miller Firm LLC |
| Drayton, Anthony, Individually and as Personal Representative | 3:18-cv-17532 | Onder, Shelton, O'Leary & peterson |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| of the Estate of Rebecca Drayton, deceased | | |
| Edgin, Diane | 3:19-cv-08520 | Beasley Allen Crow Methvin Portis & Miles PC |
| Ewing, Marisa | 3:17-cv-09614 | Robinson Calcagnie Inc. |
| Flake, Teresa | 3:18-cv-16687 | Beasley Allen Crow Methvin Portis & Miles PC |
| Johnson, Beverly | 3:20-cv-05493 | Williams Kherkher Hart Boundas LLP |
| Johnson, Catherine M. and Walter Johnson | 3:20-cv-08753 | Holland Groves Schneller & Stolze LLC |
| The Estate of Patricia Johnson by and through Lori Wallace, Personal Representative | 3:19-cv-17749 | Ross Feller Casey LLP |
| Kelly, Graciela | 3:18-cv-15298 | Sanders Phillips Grossman, LLC |
| Kingston, Kathy | 3:20-cv-01759 | Williams Kherkher Hart Boundas LLP |
| Victoria Kraszczak, Individually and as Personal Representative of the Estate of June Kraszczak, A/K/A Mary Kraszczak, deceased | 3:19-cv-21363 | Dalimonte Rueb LLP |
| Littleton, Debra S. | 3:20-cv-03345 | Aylstock Witkin Kreis & Overhotlz, PLLC |
| Marlow, Audry | 3:20-cv-06234 | The Driscoll Firm PC |
| Marks, Mary | 3:20-cv-08250 | Lance Entrekin PC |
| Mazarese, Maria | 3:20-cv-08855 | Holland Groves Schneller & Stolze LLC |
| Clifton, Earl, Individually and as Personal Representative of the Estate of Moya McKoy | 3:17-cv-11837 | Burns Charest LLP |
| Mihatsch, Janice | 3:19-cv-10156 | The Lanier Law Firm PC |
| Motes, Alisha | 3:18-cv-00189 | Potts Law Firm |
| The Estate of Christy M. Nelson, by and Through Cindy, Nelson | 3:19-cv-11266 | Parker Waichman LLP |
| Nixon, Vickie | 3:19-cv-21035 | TorHoerman Law LLC |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Oliver, Darren, Individually and as Personal Representative of the Estate of Alice Oliver | 3:20-cv-02659 | Onder Shelton O'Leary & Peterson |
| Pafundi, Sylvia | 3:19-cv-14576 | Trammell PC |
| Parsley, Mary | 3:18-cv-16530 | Napoli Shkolnik, PLLC |
| Reed, Barbara | 3:19-cv-21443 | The Lanier Law Firm |
| Fisher, Destiny, Individually and Personal Representative of the Estate of Rachel Reynolds | 3:20-cv-06144 | Aylstock Witkin Kreis & Overholtz, PLLC |
| Riggs, Kristina | 3:20-cv-00317 | The Lanier Law Firm PC |
| Rubago, Debra, Individually and on behalf of Rosanna Rubago | 3:19-cv-06551 | Burns Charest LLP |
| Saunders, Kathryn | 3:18-cv-17002 | Beasley Allen Crow Methvin Portis & Miles PC |
| Steinbarth, Brenda | 3:17-cv-08156 | The Lanier Law Firm |
| Kendale, Leinahtan, Individually and as Next of Kin on Behalf of Lynora Simmons-Kendale, deceased | 3:19-cv-00313 | The Miller Firm LLC |
| Smith, Pamela | 3:18-cv-08496 | Napoli Shkolnik, PLLC |
| Sosa, Maria | 3:19-cv-00521 | Motley Rice LLC |
| Thora, Stacy J. | 3:19-cv-21527 | Baum Hedlund Aristei & Goldman, P.C. |
| Tucker, Mary | 3:20-cv-00182 | Arnold & Itkin LLP |
| Watkins, Pamela | 3:19-cv-18875 | Beasley Allen Crow Methvin Portis & Miles, P.C. |
| West, Patricia | 3:18-cv-11018 | Onder Shelton O'Leary & Peterson |
| Williams, Reba | 3:17-cv-10141 | The Lanier Law Firm |
| The Estate of Martha M. Topps by and through Martha M. Topss and Jackie Fabius | 3:20-cv-13272 | Sullo & Sullo LLP |
| Young, Ruth | 3:20-cv-01707 | Dalimonte Rueb LLP |

| REMAINING ACTIONS – DO NOT DISMISS | | |
|---|---|---|
| **Case Name** | **DNJ Docket No.** | **Plaintiffs' Counsel** |
| Zingone, Joann | 3:17-cv-05668 | Onder Shelton O'Leary & Peterson / Skikos, Crawford, Skikos & Joseph |